# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

XUE BAO CHEN,

    Plaintiff,

vs.

WARDEN NEVEN, et al.,

    Defendants.

Case No. 3:12-cv-00453-LRH-WGC

**ORDER**

    Plaintiff, who is in custody at the High Desert State Prison, has submitted an application to proceed in forma pauperis (#1) and a civil rights complaint pursuant to 42 U.S.C. § 1983. Plaintiff filed this action in the unofficial northern division of the court, but he is proceeding pro se and he is incarcerated in the unofficial southern division of the court. Under Local Rule LR IA 8-1, a pro se inmate must proceed in the unofficial division of the court in which the inmate is held when the matter is commenced.

///
///
///
///
///
///
///
///

1     IT IS THEREFORE ORDERED that the above-entitled action is hereby transferred to the unofficial southern division of this court for all further proceedings. The clerk of the court shall transfer and reopen this matter as a new action under a new docket number in the southern division and the present action under the present docket number shall be closed, without prejudice to plaintiff regarding any federal limitation period and filing fee.

    DATED this 18th day of December, 2012.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE