1
2
3
4
5
6           **UNITED STATES DISTRICT COURT**
7                  **DISTRICT OF NEVADA**
8
9  XUE BAO CHEN,
10         Plaintiff,                              Case No. 3:12-cv-00453-LRH-WGC
11  vs.                                            **ORDER**
12  WARDEN NEVEN, et al.,
13         Defendants.
14
15      Plaintiff, who is in custody at the High Desert State Prison, has submitted an application to
16  proceed in forma pauperis (#1) and a civil rights complaint pursuant to 42 U.S.C. § 1983. Plaintiff
17  filed this action in the unofficial northern division of the court, but he is proceeding pro se and he is
18  incarcerated in the unofficial southern division of the court. Under Local Rule LR IA 8-1, a pro se
19  inmate must proceed in the unofficial division of the court in which the inmate is held when the
20  matter is commenced.
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1   IT IS THEREFORE ORDERED that the above-entitled action is hereby transferred to the
2 unofficial southern division of this court for all further proceedings.  The clerk of the court shall
3 transfer and reopen this matter as a new action under a new docket number in the southern division
4 and the present action under the present docket number shall be closed, without prejudice to
5 plaintiff regarding any federal limitation period and filing fee.
6   DATED this 18th day of December, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE